U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 16 2023
AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 5:23-CR-106 (8NH) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **DASHAWN RUSSELL,** | ) Violation:  18 U.S.C. § 922(g)(1) and |
| | ) 924(a)(8) [Possession of |
| | ) Firearms and Ammunition by |
| | ) a Felon] |
| | ) |
| | ) |
| | ) 1 Count & Forfeiture Allegation |
| | ) |
| Defendant. | ) County of Offense:   Onondaga |

### THE GRAND JURY CHARGES:

**COUNT 1**
**[Possession of Firearms and Ammunition by a Felon]**

On or about January 21, 2023, in Onondaga County in the Northern District of New York, the defendant,

**DASHAWN RUSSELL**,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce firearms and ammunition that were shipped and transported in interstate commerce, specifically: one (1) FN (Fabrique Nationale) 503, 9 x 19 mm handgun, bearing serial number CV034659, manufactured in South Carolina, loaded with two (2) rounds of RP (Remington) 9mm ammunition manufactured in Arkansas, and three (3) rounds of JAG 9mm Luger ammunition manufactured in Arizona or Wisconsin, and one (1) Browning A-Bolt 7mm caliber rifle, bearing serial number 17444MY351, manufactured in Japan, loaded with one (1) round of WW (Winchester Western) 7mm Super REM

MAG ammunition manufactured in Illinois, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count One, the defendant, DASHAWN RUSSELL, shall forfeit to the United States of America, any property used, and intended to be used, in any manner or part, to commit, and to facilitate the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:

   a. one (1) FN (Fabrique Nationale) 503, 9 x 19mm handgun, bearing serial number CV034659.

   b. one (1) Browning A-Bolt 7mm caliber rifle, bearing serial number 17444MY35.

   c. Five (5) rounds of 9mm caliber ammunition.

   d. One (1) round of 7mm caliber ammunition.

## SUBSTITUTE ASSETS

2. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without

difficulty, the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p) and Title 28 United States Code, Section 2461(c).

Dated:   March 16, 2023

A TRUE BILL.

_____
Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By:   _____
Richard R. Southwick
Assistant United States Attorney
Bar Roll No. 506265