IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   5:23-CR-106 (DNH) |
| | ) |
| v. | ) **Superseding Information** |
| | ) |
| **DASHAWN RUSSELL,** | ) Violations:   18 U.S.C. § 922(g)(1) and |
| | )   924(a)(8) [Possession of |
| | )   Firearms and Ammunition by |
| **Defendant.** | ) a Felon] |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) [Possession with Intent to |
| | ) Distribute Controlled |
| | ) Substances] |
| | ) |
| | ) 18 U.S.C § 933(a)(2) |
| | ) [Firearms Trafficking] |
| | ) |
| | ) |
| | ) 3 Counts & 2 Forfeiture Allegations |
| | ) |
| | ) County of Offense:   Onondaga |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Possession of Firearms and Ammunition by a Felon]**

On or about January 21, 2023, in Onondaga County in the Northern District of New York, the defendant,

**DASHAWN RUSSELL,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce firearms and ammunition that were shipped and transported in interstate commerce, specifically: one (1) FN (Fabrique Nationale) 503, 9 x 19 mm handgun, bearing serial number CV034659, manufactured in South Carolina, loaded with two (2) rounds of RP (Remington) 9mm ammunition manufactured in

Arkansas, and three (3) rounds of JAG 9mm Luger ammunition manufactured in Arizona or Wisconsin, and one (1) Browning A-Bolt 7mm caliber rifle, bearing serial number 17444MY351, manufactured in Japan, loaded with one (1) round of WW (Winchester Western) 7mm Super REM MAG ammunition manufactured in Illinois, one (1) Intratec model AB-10, caliber 9mm handgun, serial number A021276, manufactured in Florida, one (1) Barrett model 99 .50 caliber rifle, serial number AD001272, manufactured in Tennessee, one (1) Bushmaster model XM15-E2S, .556 caliber rifle, serial number L290671 manufactured in Maine, one (1) Glock 19 generation 4 caliber 9mm handgun, serial number AEPX876, manufactured in the state of Georgia, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
**[Possession with Intent to Distribute Controlled Substances]**

On or about January 21, 2023, in Onondaga County in the Northern District of New York, the defendant,

**DASHAWN RUSSELL,**

knowingly and intentionally possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), oxycodone, and cocaine base, Schedule II controlled substances, and N,N-Dimethylpentylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 3
**[Firearms Trafficking]**

In or about the months of December 2022 and January 2023, in Onondaga County in the Northern District of New York, the defendant,

**DASHAWN RUSSELL**,

did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit: one (1) FN 503, 9 x 19mm handgun, bearing serial number CV034659, one (1) Intratec model AB-10, caliber 9mm handgun, serial number F2B6506, one (1) Glock 19 generation 4 caliber 9mm handgun, serial number AEPX876, manufactured and purchased in the state of Georgia, knowing and having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2).

### FIRST FORFEITURE ALLEGATION

The allegations contained in Count One of this superseding information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count One, the defendant, **DASHAWN RUSSELL**, shall forfeit to the United States of America, any firearm and ammunition involved in and used in any knowing violation of the offense of conviction, including, but not limited to, the following:

   a. one (1) FN (Fabrique Nationale) 503, 9 x 19mm handgun, bearing serial number CV034659;

   b. One (1) Intratec model AB-10 9mm luger handgun, serial number A021276;

   c. One (1) Glock 19 generation 4 caliber 9mm handgun, serial number AEPX876;

   d. Five (5) rounds of 9mm caliber ammunition; and

   e. One (1) round of 7mm caliber ammunition.

### SECOND FORFEITURE ALLEGATION

The allegations contained in Count Three of this superseding information are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 934(a)(1)(B).

Upon conviction of an offense in violation of Title 18, United States Code, Section 933, as set forth in Count Three, the defendant, DASHAWN RUSSELL, shall forfeit to the United States of America, any property used and intended to be used, in any manner and part, to commit, and to facilitate the commission of the offense of conviction, including, but not limited to, the following:

   a. One (1) FN (Fabrique Nationale) 503, 9 x 19mm handgun, bearing serial number CV034659;

   b. One (1) Intratec model AB-10 9mm luger handgun, serial number A021276; and

   c. One (1) Glock 19 generation 4 caliber 9mm handgun, serial number AEPX876.

Dated:   September 4, 2024

                                       CARLA B. FREEDMAN
                                       United States Attorney

                                   By: /s/ Richard R. Southwick
                                       Richard R. Southwick
                                       Assistant United States Attorney
                                       Bar Roll No. 506265